**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                              Case No. 8:05-cr-355-T-17MAP

**DANIEL HARRIS,**

    **Defendant.**

_____/

**O R D E R**

        The Defendant is before the court on a petition alleging violations of pretrial release conditions.  By the allegations in the petition, the Defendant was arrested for driving under the influence of alcohol in Hillsborough County on February 23, 2006.  That case is pending.  Additionally, on the same date, the Defendant was found to be in violation of his previously imposed curfew.  The Defendant has been offered the opportunity of a hearing pursuant to 18 U.S.C. § 3148 and waives such hearing.  On the basis of matters set forth in the petition there is probable cause to believe that the Defendant has violated the law and clear evidence that he has breached the terms of his release.  The court further finds that there are additional conditions of release that may satisfy its concerns about the Defendant's conduct during the pretrial period.  The original order of release is amended to additionally require that the Defendant shall be subject to electronic monitoring.  He is again directed to seek employment, to continue schooling,  and abide by the curfew established by Pretrial Services to accommodate his schedule.  The Defendant will be afforded no further opportunities and should he breach his release status, he shall be detained pending further proceedings in this cause.

**Done and Ordered** in Tampa, Florida, this 14th day of March 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stephen Muldrow, Assistant United States Attorney
Michael Maddux, Counsel for Defendant
U.S. Pretrial